UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

José Ramirez 08A2905
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Anthony J. Annuci, Commissioner
of the Department of Correction and
Community Supervision, New York State.
Frederick Burstein, Medical Director
Thomas Griffin Superintendant
S.g.t. Durlam
C.O. Wickham
C.O. Fox
Greenhaven Correctional Facility

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SDNY DOCKET UNIT

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

**17CV 3825**

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name José Ramirez
ID # 08A2905
Current Institution Five Points Correctional Facility
Address State Route 96, P.O. Box 119
Romulus, New York, 14541

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010                    3

Also check Next Pag →

Defendant No. 1    Name Anthony J Annuci Commissioner   Shield # _____
Where Currently Employed of The Department of Correction and
Address Community Supervision 1220 Washington Ave
Bldg°2 Albany New York. 12226

Defendant No. 2    Name Thomas Griffin Superintendent   Shield # _____
Where Currently Employed of Green Haven correctional Facility
Address P.O. Box 4000
Stormville New York 12582-4000

Defendant No. 3    Name Dr. Frederick Burstein medical   Shield # _____
Where Currently Employed Director of Green Haven correctional
Address Facility. P.O. Box 4000
Stormville New york 12582-4000

Defendant No. 4    Name Sgt. Durlam   Shield # _____
Where Currently Employed Green Haven ~~correctional~~
Address correctional Facility
P.O. Box 4000, Stormville New york 12582-4000

Defendant No. 5    Name Co. Wickham. Green Haven   Shield # _____
Where Currently Employed correctional Facility
Address P.O. Box 4000. Stormville New York 12582-4000

## II.  Statement of Claim:

Check Next Pag →

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? At Green Haven Correctional Facility

B.    Where in the institution did the events giving rise to your claim(s) occur? in Front of E-Block Area At Green Haven.C.F

C.    What date and approximate time did the events giving rise to your claim(s) occur? on: August 6-2015. At Appuximately, 5:00 PM At dinner Time. on The 3-to 11:00pm Shift: 8-6-2015.

Rev. 05/2010                                                                  4

on Back Attach Additional paper ↓

My name is Jose Ramirez currently incarcerated at Five Points Correctional Facility under Department Identification Number 08A2905 and this is a sworn affidavit and brief on what happened to me in which I'm confined to a wheel chair, while at Green Haven Correctional Facility. I was told that I needed a lower back surgery I was sent to Putnam Hospital Center to be interviewed by a neural surgeon, by the name of Charles P. Garell, M.D., he stated that I needed to get a surgical procedure on my Lumbar Spine. I went to have the surgery 6/23/11, after surgery Doctor Garell came into my room and stated I need bloodwork done, cause during surgery something happened and blood splattered on one of his assistants. After that I was returned to Green Haven Correctional Facility in which I started experiencing severe pain which I wasn't able to walk or use a walker, I also had problems breathing, I was told that it was caused by the anesthesia and told to put in for sickcall, I put in for sick-call time after time using the proper sick-call procedure, and was told that they put me in to see a provider, the provider stated that there wasn't anything wrong with me and continued to send me to Mental Health. Mental Health sent me back to the provider then one day Mental Health schedule me to be seen by a psychiatric provider by the name of Aruna Khilani from the Bronx Psychiatric Center, she requested that Medical and Mental Health send me to get an M.R.I., The M.R.I. revealed that I needed to have another surgery to extract a bone fragment that was left inside of me from the first surgery. I then filed a grievance asking for another specialist, the grievance was not answered and I was left with severe pain for 8 months, then Mental Health called me back down to see the same Mental Health provider Aruna Khilanai, she stated to me that she was concerned that I was still suffering from severe pain, and asked me what was going on, I told her that I filed a grievance telling that I was requesting to see another Specialist/Surgeon, she stated that if I was to go back to have surgery at Putnam Hospital Center that she would request for a Doctor by the name of Chitkara Neeta, to be there with me and monitor the surgery to make sure everything went smoothly, On 1/12/12 I went back to have surgery and after the surgery Doctor Chitkara Neeta came into my room with another provider: Assistant Diana Basini A.H.P.,

and told me there was an incident that happened during the surgery and I was strapped down to the bed and told not to move. They asked me how I felt? I told them I was not feeling well and my lower back was severly swollen and red. They asked me if Surgeon Garell came in to see me. I told them yes, he stated that, "He was discharging me." They both looked at the Corrections Officer that was guarding me who then stated, "That he is being discharged." So both doctors that were there at that time asked to reexamine me. The doctors then readjusted the bed and after reexamining me stated that, "You are not going anywhere." Then the dotors walked out of the room and requested that I be put antibiotics by IV. I was then hospitalized for about four days. After being hospitalized I was then sent back to Green Haven Correctional Facility, still suffering from severe pain. More pain than before I went to the hospital. I requested physical therapy as well as to be placed in the unit for the physically disabled. While suffering from pain I continued to request sick call using the proper procedure. I finally saw the nurse and was told that the provifer no longer worked at this facility. Several months passed by with them continuing to state that I will have a new provider soon. After being told this A few weeks went by thenI was sent to emergency sick call with a severe infection to my chest, lungs, bladder and sinus. The nurse asked me who my provider was? I replied that my provider was no longer here at this facility and that the new provider has not started yet. I stated that the new providers name was Pagan, and apparently he was working at the facility at that time. Provider Pagan seen me that day, who then immediately put me on medication for the infection as well increased my pain medication and to be put in the unit for the physically disabled. The Medical Director Burnstein continued to deny me placement into the U.P.D. Unit. I was continued to be pushed through cracks of the system. I was repeatedly physically abused by officers and on August 6th, 2015 I was assalted C.O. Wickham, C.O. Fox, and Sgt Durlam. C.O. Fox then tripped my wheelchair over and started to kick and punch me, C.O. Wickham and Sgt Durlam kicked and punched me as well. They all fabricated a false disciplinary report. I have photo's that were taken of me by security at Green Haven. Now I was found guilty and sent to the SHU at Five Points Correctional Facility at which time I complained about my condition appon arriving at the facility(five points)

I complained about my injuries , severe pain and all they stated at medical
is    they do not have sufficient staff for me to be patient, finally i
was put in by a provider to take different test and was discovered that i had
further injuries to the upper part of my body aswell as my lower, I continue
to in misery and in need of coninous treatment and care by specialist and
I suffer from more pain that I suffer ever in my life and further disabilities
that deprive me of stating or finishing any physical task that i might want
to do or particpate in my everyday living  as well me not able to be in
school due to not being able to sit for a long period of time, i am still
confined to a wheelchair and not live like I did once before ,. this is totally
inhumane and because of my learning disability   am unable to comprehend things
and information that may seem normal for people, but seems advance and becouse
of this I am requesting that a counsel be appointed to me on my behAlf and
and this was the institution main reason for letting slip through the crack
of the system,a formal letter would be notarized and foward with this package
- requesting an attorney through the courts and copies of my education
background and scores would be forworded.

Sworn Before
ME on 3/27/17

JONATHAN M. HALL
Notary Public, State of New York
No. 01HA6241732
Qualified in Monroe County
Commission Expires May 23, 2019

Jose Ramirez
08A2905
Five Points
Correctional Facility
State Route 96.
P.O Box 119
Romulus, New York
14541.

D. Facts: Brief explaining the incident attached to this application), Due to explain in specifics and Facts that required 3 pages Labled exhibit"D" on brief.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Lower Back Lumbar herniated disc, C-spine herniated disc, hands not able to hold or lift due to injuries, nerve damage and stenosis. Also left leg and Right leg severe weakness and unable to walk or sit and confined to wheelchair.
4 Treatments for C-spine P.T. 15 minuts each over A 6 month span.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.



A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _X_ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _X_ No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___ No ___ Do Not Know _X_

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _X_ No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _X_ No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? At GreenHaven Correctional and At Five points Correctional

1. Which claim(s) in this complaint did you grieve? All of this That is on This complaint

2. What was the result, if any? Negative

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. All of Them in Department of Correction.

_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Due to permanent pain and suffering and permanent disability, I'm asking for 8.5) million dollars

Rev. 05/2010                                        7

I.  Previous lawsuits:

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No **X**

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?  Yes ____  No ____

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____  No **X**

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?  Yes ____  No ____

    If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of March, 2017

                Signature of Plaintiff

                Inmate Number: José Ramirez 08A2905

                Institution Address: Five Points Correctional Facility
State Route 96. P.O. Box 119
Romulus, New York 14541

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 27 day of March, 2017, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                Signature of Plaintiff: _____

Sworn Before Me
on 3/27/17

JONATHAN M. HALL
Notary Public, State of New York
No. 01HA6241732
Qualified in Monroe County
Commission Expires May 23, 2019

_____

_____

_____, 

~~Defendant~~ Plaintiff

Jose Ramirez 08A2905

Defendants/respondents.
_____ X

AFFIRMATION OF SERVICE
BY U.S MAIL

Title 28 U.S.C. §1746
CPLR §2106

____ -cv- _____ ( )

State of New York )
County of Seneca ) SS.:
Town of Romulus )

I, Jose Ramirez 08A2905, being sworn under the penalty of perjury, pursuant to Title 28 U.S.C. §1746, CPLR §2106, and Fed.R.Civ.P. 43(b), state that on the 27 day of March, 2017 that I mailed the below listed papers to the below listed parties via the U.S. Mail for service upon them via the U.S. Postal Service.

PAPERS WERE: A letter with my educational history document Test Results
Documents you are serving

PARTIES WERE: (Name and address to whom sent)

1.) Pro Se office United States court Southern District of New York Daniel Patrick Moynihan

3. United States Courthouse 500 Pearl street Room 230 New York, New York 10007

2.) _____

4.) _____

Dated: March-27, 2017

Respectfully submitted

Signature

Address: Five Points Correctional Facility
State Route 96 P.O. Box 119
Romulus, N.Y 14541

Sworn Before
me on 3/27/17

JONATHAN M. HALL
Notary Public, State of New York
No. 01HA6241732
Qualified in Monroe County
Commission Expires May 23, 2019

AFFIDAVIT IN SUPPORT OF
APPLICATION FOR APPOINTMENT OF COUNSEL

AFFIDAVIT OF Support, Jose Ramirez
ID# 08A2905

State of New York      )
                       )ss.:
County of Dutchess     )

I, the above named affiant, being duly sworn according to law deposes and say that I am the Plaintiff in the above entitled proceeding; that I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the information I have submitted in support of my reuest is true and correct.

_____ 08A2905
Sign Here Before Notary Public

Five Points Correctional Facility
Address

State Route 96, P.O. Box 119
Romulus N.y. 14541

Sworn to and subscribed befoe me
this 16 day of April, 2017

_____
Notary Public

JONATHAN M. HALL
Notary Public, State of New York
No. 01HA6241732
Qualified in Monroe County
Commission Expires May 23, 2019

The basis of this Letter is to inform this court that I'm requesting for a Counsel to be appointed to me on my behalf, Due to my Educational disability, I Cannot read or write, And this Letter was written on my behalf, By another individual with this Letter is my Educational history which shows my literacy disability its a print out From the Department of Correctional Services Education Department and this statement is true and will be notarize by a notary person, And this statement will be attached to my Educational Background, Thank you For your understanding!!!...

additionally physical disability and mental disability is Preventing me from preparing Necessaly Motion

Respectfully

*Jose Ramirez
05A2905

Sworn Before
Me on 3/27/17

JONATHAN M. HALL
Notary Public, State of New York
No. 01HA6241732
Qualified in Monroe County
Commission Expires May 23, 2019

```
   11/03/15         TEST RESULTS AND EVALUATION(IB-4)  - SCREEN 1 PAGE 03 OF 03
RAMIREZ, JOSE                                           DATE RECEIVED 05/28/2008
DOB 08/24/1965       DIN 08A2905          NYSID 05259810L       FBI 731270HA4
LAST GRADE - ATTENDED 10    COMPLETED 09      VER
ACADEMIC DEGREE:             YEAR:             VER:
LANG DOMINANCE: 002 ENGLISH       ENGLISH ORAL PROFICIENCY: N   BEST PLUS:
BETA SCORE:        WAIS TOTAL: 081   WAIS VERBAL: 084    WAIS PERF: 081
WAIS-IV-FSIQ:        KBIT-2:       CTONI-2:      WAIS-IV-PRI:

                             ACHIEVEMENT TEST
                       DATE OF TESTING (MO YR) - 01 15
  <-------------READING----------------->    <--------------MATH----------------->
    TEST  LEV  LOC   VOC   COMP   TOT          TEST  LEV  LOC   COMP   C+P    TOT
  E TAB 9  E                                 E TAB 9  E          03.4   00.0   01.9
  S                                          S

                         PRISON ENVIRONMENTAL PROFILE
  FREE      SOC      SUP     SAFE     ACT       FEED      STRU       PRI
     INTERPRETATIONS
  <                                                                            >
  <                                                                            >
  <                                                                            >
     *** PRESS PF7/PF8 TO SCROLL BACKWARD/FORWARD THRU TEST RESULTS ***
  <ENTER> <PF3> EXIT (FUNCT) <PF7> PAGE BACKWARD <PF8> PAGE FORWARD <CLEAR> EXIT
```

```
   11/03/15          TEST RESULTS AND EVALUATION(IB-4)  - SCREEN 1 PAGE 02 OF 03
 RAMIREZ, JOSE                                          DATE RECEIVED 05/28/2008
 DOB 08/24/1965         DIN 08A2905          NYSID 05259810L      FBI 731270HA4
 LAST GRADE - ATTENDED 10   COMPLETED 09   VER
 ACADEMIC DEGREE:              YEAR:          VER:
 LANG DOMINANCE: 002 ENGLISH         ENGLISH ORAL PROFICIENCY: N  BEST PLUS:
 BETA SCORE:        WAIS TOTAL: 081    WAIS VERBAL: 084    WAIS PERF: 081
 WAIS-IV-FSIQ:      KBIT-2:      CTONI-2:       WAIS-IV-PRI:

                             ACHIEVEMENT TEST
                         DATE OF TESTING (MO YR) - 01 09
 <-------------READING----------------->   <---------------MATH---------------->
   TEST  LEV  LOC   VOC   COMP   TOT        TEST  LEV  LOC   COMP   C+P    TOT
 E TAB   10   M           05.1   05.1    E  TAB   10   E     03.4   03.5   03.4
 S                                       S

                        PRISON ENVIRONMENTAL PROFILE
 FREE     SOC     SUP     SAFE     ACT     FEED     STRU     PRI
     INTERPRETATIONS
 <                                                                            >
 <                                                                            >
 <                                                                            >
     *** PRESS PF7/PF8 TO SCROLL BACKWARD/FORWARD THRU TEST RESULTS ***
 <ENTER> <PF3> EXIT (FUNCT) <PF7> PAGE BACKWARD <PF8> PAGE FORWARD <CLEAR> EXIT
```

_____

_____

_____, 

~~against~~ Plaintiff,

José Ramirez #08A2905 ,

Defendants/respondents.
                                    X

AFFIRMATION OF SERVICE
BY U.S MAIL

Title 28 U.S.C. §1746
CPLR §2106

_____-cv-_____ ( )

State of New York  )
County of Seneca   ) SS.:
Town of Romulus    )

I, José Ramirez ID#08A2905, being sworn under the penalty of perjury, pursuant to Title 28 U.S.C. §1746, CPLR §2106, and Fed.R.Civ.P. 43(b), state that on the 27 day of March, 2017, that I mailed the below listed papers to the below listed parties via the U.S. Mail for service upon them via the U.S. Postal Service.

PAPERS WERE: A Civil Rights Complaint action under 42 U.S.C §1983
             Documents you are serving

PARTIES WERE: (Name and address to whom sent)

1.) Pro se office united states District
court southern District of New York
Daniel Patrick Moynihan
3.) united states courthouse
500 Pearl Street Room 230
New York, New York 10007

4.) _____
    _____
    _____
    _____

Dated: March 27, 2017

Respectfully submitted

Signature

Address: Five Points Correctional Facility
State Route 96. P.O. Box 119
Romulus, NY. 14541.

Sworn Before
Me on 3/27/17

JONATHAN M. HALL
Notary Public, State of New York
No. 01HA6241732
Qualified in Monroe County
Commission Expires May 23, 2019

_____

_____

_____, 

~~against~~ Plaintiff

Jose Ramirez 08A2905

Defendants/respondents.
_____ X

AFFIRMATION OF SERVICE
BY U.S MAIL

Title 28 U.S.C. §1746
CPLR §2106

____-cv-_____ ( )

State of New York )
County of Seneca ) SS.:
Town of Romulus )

I, Jose Ramirez 08A2905, being sworn under the penalty of perjury, pursuant to Title 28 U.S.C. §1746, CPLR §2106, and Fed.R.Civ.P. 43(b), state that on the 27 day of March, 2017 that I mailed the below listed papers to the below listed parties via the U.S. Mail for service upon them via the U.S. Postal Service.

PAPERS WERE: Copy Of certified mail Receipt
             Documents you are serving

PARTIES WERE: (Name and address to whom sent)

1.) Pro Se Office United States District Court. Southern District of New York. Daniel Patrick

2.) _____

3.) Moynihan united States courthouse 500 Pearl street. Room 230 New york, New york 10007

4.) _____

Dated: 28-March, 2017

Sworn to before me this
28 day of March 20 17

[Signature]

Respectfully submitted

[Signature]
Signature

Address: Five Points correctional Facility
State Route 96. P.O. Box 119
Romulus, New york. 14541

**ROBERT C BANNISTER**
Notary Public, State of New York
No. 01BA6339512
Qualified in Seneca County
Commission Expires April 04, 2020

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | 1.20 |
| Certified Fee | | 3.45 |
| Return Receipt Fee (Endorsement Required) | | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.45 |

Sent To: Mr. Eric T. Schneiderman
Street, Apt. No.; or PO Box No. N.Y.S. Attorney General
City, State, ZIP+4 The Capital Albany N.Y. 12224

PS Form 3800, August 2006                 See Reverse for Instructions

7010 0290 0000 1596 3069

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Mr. Eric T. Schneiderman
New York State Attorney General, The Capital
Albany, N.Y. 12224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
RECEIVED

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

SEP 10 2015
NYS DEPT OF LAW
ADMINISTRATIVE SERVICES

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7010 0290 0000 1596 3069

PS Form 3811, July 2013       Domestic Return Receipt



## STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
### DISBURSEMENT OR REFUND REQUEST

NAME _____   DATE _____   CELL LOCATION _____ 20 ___

CODE TYPE   INMATE NUMBER   "SHORT NAME"
                                            FIRST INITIAL
                                            FIRST 3 OF LAST NAME

COMMISSARY PRODUCT GROUP

CHECK/ORDER NUMBER

SENT TO CODE
(SEE TABLE B-6)

AMOUNT $  RIGHT ADJUSTED WITH LEADING ZEROS

SENT TO OR
PURCHASE FROM

ITEM
DESCRIPTION _____

LAST NAME _____   FIRST NAME _____   MI ____

ADDRESS _____   APT. NO. _____

CITY _____   STATE _____   ZIP CODE _____

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE
AMOUNT TO BE DEDUCTED FROM MY INMATE
ACCOUNT.

APPROVED _____  DATE _____
         (SOURCE AREA)

APPROVED _____  DATE _____   _____
         (BUSINESS OFFICE)                   (INMATE SIGNATURE)

FORM 2706 (7/11)    Original - Business Office    Yellow - Approving Office    Pink - Inmate

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to: Mr. Eric T. Scheiderman
New York State Attorney

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   RECEIVED

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No
   SEP 10 2015

Five Points Correctional Facility
State Route 96, P.O Box 119
Romulus, N.Y. 14541
Jose Ramirez
DIN# 08A2905
Loc: 9-C-1-24-B




FIRST-CLASS MAIL
Five Points Correctional Facility
neopost
05/16/2017
US POSTAGE $003.50
ZIP 14541
041M11272007

RECEIVED
SDNY DOCKET UNIT
2017 MAY 19 PH 3:28


USM SDNY

PRO SE OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET ROOM 230
NEW YORK, NEW YORK 10007

FIVE POINTS CORRECTIONAL
FACILITY
LEGAL MAIL ONLY