UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSE RAMIREZ,

           Plaintiff,

v.

SGT. DURLAND; C.O. WICKHAM; and C.O. FOX,

           Defendants.
------------------------------------------------------------x

**ORDER**

17 CV 3825 (VB)

The Court conducted an on-the-record conference today at which plaintiff's pro bono counsel and defendants' counsel appeared in person. It is HEREBY ORDERED:

1. By February 18, 2020, plaintiff shall either move for leave to amend the pleadings or advise the Court he does not intend to do so.

2. The next status conference is scheduled for March 5, 2020, at 12:30 p.m. In the event plaintiff moves to amend the pleadings, the conference will be cancelled and will be rescheduled after the motion is decided.

3. In the event plaintiff does not seek leave to amend the pleadings, by February 27, 2020, the parties shall submit a joint letter proposing a schedule for the completion of any remaining discovery in the case, and, if appropriate, requesting an adjournment of the March 5, 2020, conference date.

Dated: December 16, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge