**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOSE RAMIREZ,

                            Plaintiff,                  **SCHEDULING ORDER**

     -against-                                    17 Civ. 3825 (VB)(JCM)

FREDERICK BERNSTEIN, *et al.*,

                            Defendants.
-------------------------------------------------------------x

       The Court has scheduled a Telephone Conference for January 18, 2022 at 2:30 p.m. before Magistrate Judge Judith C. McCarthy to discuss the issues raised in Docket Nos 117, 118, 119, 121, 124, and 125. Counsel shall call the following number at the time of the conference:

Toll-Free Number: 877-873-8017
Access Code: 4264138

Dated: January 13, 2022
         White Plains, New York

                                          **SO ORDERED:**

                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge